**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 29, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00046-CV

---

**1100 REBA MCENTIRE, LLC, TOPHILL, LLC, FOREST BEND, LLC, LAKE POINT ASSISTED LIVING, LLC, LAKE POINT HEALTHCARE HOLDINGS, LLC, LAKE POINT HEALTHCARE, LP, LUCKY CONSULTING, LLC, RETIREMENT HOLDINGS, LP, SILVERLEAF ASSISTED LIVING, LLC, AND DANIEL C. BLACKBURN, Appellants**

V.

**AMERICAN BANK, N.A., Appellee**

---

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-12269**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 6, 2025. On May 19, 2025,

appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.